# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| THE CITY OF SAVANNAH, TENNESSEE, a municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.: 04-1219-T-An |
| GARVER ENGINEERS, LLC, | ) ) | |
| Defendant. | ) | |

---

## ORDER GRANTING MOTION FOR PRETRIAL CONFERENCE

---

Pursuant to an Order of Reference entered April 13, 2005, the Defendant's Motion for Pretrial Conference has been referred to the Magistrate Judge for determination.

It appearing from the motion that the motion is well taken and the Motion for Pretrial Conference is **GRANTED**.

As such, the Court shall conduct a telephone conference on **TUESDAY, MAY 24, 2005 at 11:00 a.m.** for the purpose of discussing modification of the Scheduling Order and setting a new trial date. Counsel are directed to confer prior to the telephone conference regarding proposed deadlines and a new trial date. Mr. David N. Garst, counsel for Defendant, shall initiate

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _5/05/05_



the conference call and shall contact the Court after all other counsel have been contacted..

**IT IS SO ORDERED.**

_S. Thomas Anderson_

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _May 03, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:04-CV-01219 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Ronald B. Deal
LEWIS KING KRIEG & WALDROP
201 Fourth Ave. N.
Ste. 1500
Nashville, TN 37219

Diane Barrier Polk
Hardin County Courthouse
601 Main Street
Savannah, TN 38372

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

David N. Garst
LEWIS KING KRIEG & WALDROP
Third National Financial Center
9th Floor
Nashville, TN 37219

Dennis W. Plunk
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Honorable James Todd
US DISTRICT COURT