IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 JUN -6 AM 9: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| THE CITY OF SAVANNAH, TENNESSEE, ) <br> a municipal corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARVER ENGINEERS, LLC, ) <br> ) <br> Defendant. ) | Civil No. 04-1219-T-An |

## ORDER

THIS MATTER came on for a Pretrial Conference before the Honorable S. Thomas Anderson on May 24, 2005. During the Pretrial Conference, counsel advised Judge Anderson of a pending administrative law proceeding styled as <u>City of Savannah, Tennessee, Petitioner v. State of Tennessee Department of Transportation, Respondent</u> at Docket No. 22.00-061389J. The subject matter of the administrative law proceeding concerns facts and issues raised in the above-captioned lawsuit. Resolution of the administrative law proceeding could render moot the above-captioned lawsuit. At the instruction of Magistrate Judge Anderson, the parties have filed a Joint Motion to Stay Federal Court Lawsuit.

WHEREFORE, the Court having considered the Joint Motion and Magistrate Judge Anderson's recommendation, it is ORDERED that this action, as well as all of its associated pretrial discovery deadlines, is stayed pending resolution of the above-referenced administrative law proceeding or until such time as one or both parties requests another Pretrial Conference.

ENTERED this _6th_ day of _June_, 2005.

_____
James D. Todd
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___06-06-05___

(12)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01219 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Ronald B. Deal
LEWIS KING KRIEG & WALDROP
201 Fourth Ave. N.
Ste. 1500
Nashville, TN 37219

Dennis W. Plunk
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

James A. Hopper
HOPPER & PLUNK
P.O. Box 220
Savannah, TN 38372

Diane Barrier Polk
Hardin County Courthouse
601 Main Street
Savannah, TN 38372

David N. Garst
LEWIS KING KRIEG & WALDROP
Third National Financial Center
9th Floor
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT